UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sumere Bell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.11-cv-13267-DRH |
| *Elanda Blue, et al. v. Bayer Pharma AG, et al.* | No. 12-cv-11189-DRH |
| *Sherri Carter, et al. v. Bayer Schering Pharma AG, et al* | No. 11-cv-10342-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal that have been filed to date in the above captioned cases, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

Digitally signed by
David R. Herndon
Date: 2015.05.18
11:28:47 -05'00'

BY:  **/s/*Caitlin Fischer***
**Deputy Clerk**

APPROVED:
  DISTRICT JUDGE
  U. S. DISTRICT COURT